**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1824**

JOEL ROBERTSON,

Plaintiff - Appellant,

v.

ZAXBY'S OPERATING COMPANY L.P.,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:24-cv-00635-MOC-DCK)

Submitted:  November 19, 2024                    Decided:  November 21, 2024

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joel Robertson, Appellant Pro Se.  Colin Alexander Shive, THARRINGTON SMITH LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Robertson appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) his civil complaint alleging violations of the Fourteenth Amendment and several federal criminal statutes. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Robertson v. Zaxby's Operating Co. L.P.*, No. 3:24-cv-00635-MOC-DCK (W.D.N.C. August 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*